# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

Case No. 13-2241

| | |
|---|---|
| UNIVERSAL LEATHER LLC, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| KORO AR, S.A., | ) |
| | ) |
| Defendant-Appellee. | ) |
| | ) |

## APPELLEE'S UNOPPOSED MOTION TO EXTEND THE BRIEFING SCHEDULE

Appellee Koro AR, S.A. ("Koro") moves the Court pursuant to Fed. R. App. P. 26(b) and Local Rule 31(c) for a thirty-day extension of the current briefing schedule, through and including February 24, 2014 for its Response Brief. In support of this Motion, Appellee states as follows:

1. On October 29, 2013, this Court entered a briefing order, and on November 12, 2013, this Court extended the briefing schedule. Appellant filed its Opening Brief on December 16, 2013. Appellee's Response Brief is currently due to be filed on January 24, 2014.

2. Counsel for Appellee are all counsel of record in *Watson v. U.S. Gear Tools, Inc.*, a case pending in the United States District Court for the Western District of North Carolina that can be called for trial anytime during a three-week

term of court that starts on January 13, 2014. Counsel for Appellee have been required to devote substantial time preparing for the trial in *Watson*. Accordingly, Counsel for Appellee will require additional time to prepare the Response Brief in this appeal.

    3.    Pursuant to Local Rule 27(a), Counsel for Appellee informed Counsel for Appellant of the intended filing of this motion. Appellant does not oppose the granting of the motion.

    4.    Good cause exists for granting Appellee an extension through and including February 24, 2014 for the filing of its Response Brief.

    WHEREFORE, for the above reasons, Appellee Koro AR, S.A. respectfully requests that the Court grant a thirty-day extension of the current briefing schedule, through and including February 24, 2014 for its Response Brief.

Respectfully submitted this the 30th day of December, 2013.

/s/ Christopher G. Browning, Jr.
Christopher G. Browning, Jr.
Garrick A. Sevilla
C. Elizabeth Hall
WILLIAMS MULLEN
301 Fayetteville Street
Suite 1700
Raleigh, North Carolina 27601
Telephone:  (919) 981.4000
Facsimile:  (919) 981.4300
cbrowning@williamsmullen.com
gsevilla@williamsmullen.com
ehall@williamsmullen.com

*Counsel for Appellee*

## CERTIFICATE OF FILING AND SERVICE

I certify that on December 30, 2013, I electronically filed the foregoing Consent Motion to Extend the Briefing Schedule with the Clerk of Court using the CM/ECF system, which will send notice of such filing to the following registered CM/ECF users:

>Norman B. Smith
>Smith James Rowlett & Cohen LLP
>P.O. Box 990
>Greensboro, NC 27402
>normanbsmith@earthlink.net

/s/ Christopher G. Browning, Jr.
Christopher G. Browning, Jr.
